**2002–0840. State v. Taylor.**

Cuyahoga App. No. 79475, 2002-Ohio-1554. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the joint motion to consolidate briefing in Supreme Court case Nos. 2002–0840, *State v. Taylor,* Cuyahoga App. No. 79475, 2002-Ohio-1554, and 2002–0841, *State v. Wilson,* Cuyahoga App. No. 79485, 2002-Ohio-1846,

IT IS ORDERED by the court that the motion to consolidate briefing be, and hereby is, granted.

IT IS FURTHER ORDERED that the parties shall combine the briefing of case Nos. 2002–0840 and 2002–0841 and file one brief for each brief permitted under S.Ct.Prac.R. VI. The parties shall file an original of the brief in each case and 18 copies of the brief.

IT IS FURTHER ORDERED that appellant's merit brief shall be filed on or before November 19, 2002, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

**2002–0841. State v. Wilson.**

Cuyahoga App. No. 79485, 2002-Ohio-1846. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the joint motion to consolidate briefing in Supreme Court case Nos. 2002–0840, *State v. Taylor,* Cuyahoga App. No. 79475, 2002-Ohio-1554, and 2002–0841, *State v. Wilson,* Cuyahoga App. No. 79485, 2002-Ohio-1846,

IT IS ORDERED by the court that the motion to consolidate briefing be, and hereby is, granted.

IT IS FURTHER ORDERED that the parties shall combine the briefing of case Nos. 2002–0840 and 2002–0841 and file one brief for each brief permitted under S.Ct.Prac.R. VI. The parties shall file an original of the brief in each case and 18 copies of the brief.

IT IS FURTHER ORDERED that appellant's merit brief shall be filed on or before November 19, 2002, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

**2002–0961. Cincinnati Gas & Elec. Co. v. Clermont Cty. Bd. of Revision.**

Board of Tax Appeals, Nos. 98–K–707 and 98–K–708. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before November 1, 2002. The remainder of the briefing schedule established in this court's August 16, 2002 entry remains in effect.

# MISCELLANEOUS DISMISSALS

**2002–0498. Diamond Sparkler Mfg. Co. v. Zaino.**

Board of Tax Appeals, No. 99–N–197. This cause is pending before the court as a cross-appeal from the Board of Tax Appeals. Upon consideration of appellee/cross-appellant's application for dismissal of the cross-appeal,

IT IS ORDERED by the court that the application for dismissal of the cross-appeal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2002–0500. B.J. Alan Co. v. Zaino.**

Board of Tax Appeals, No. 99–N–196. This cause is pending before the court as a cross-appeal from the Board of Tax Appeals. Upon consideration of appellee/cross-appellant's application for dismissal of the cross-appeal,

IT IS ORDERED by the court that the application for dismissal of the cross-appeal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.